**FILED**
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8921

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Moises CASTRO-Gaxiola | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about November 10, 2007, within the Southern District of California, defendant Moises CASTRO-Gaxiola did knowingly and intentionally import approximately 28.46 kilograms (62.61 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
WILLIAM R. STEELE
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13TH, DAY OF NOVEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

11/12/2007 11:04 AM  FROM: Fax DHS / ICE  TO:  1 619 2552778  PAGE: 002 OF 002

## PROBABLE CAUSE STATEMENT

I, Special Agent William Steele, declare under penalty of perjury, the following is true and correct:

On 11/10/2007, Moises CASTRO Gaxiola entered the United States through the Calexico, California West Port of Entry. CASTRO was the driver and sole occupant of a 1985 Chevrolet El Camino, bearing BA/MX license plate BM97618. Customs and Border Protection officers discovered thirty-eight (38) packages concealed in a specially built compartment above the gas tank of the vehicle. One package was probed and tested positive for marijuana. A total of 28.46 kilograms of marijuana was found.

CASTRO was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. CASTRO acknowledged and waived his Miranda Rights and admitted knowledge of smuggling marijuana. CASTRO said he was going to be paid eight hundred dollars ($800.00) to cross the vehicle. CASTRO was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on November 11, 2007 (date) at 10:00 a.m. (time)

_____
SPECIAL AGENT

On the basis of the facts presented in the probable casue statement consisting of 1 page, I find probable cause to believe that the defendant (s) named in this probable cause statement committed the offense on  11-10-07  in violation of Title  21 , United States Code, Section (s)  952, 960.

_____              11-12-07 @ 2PM
United States Magistrate Judge              Date/Time